UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr3253-GPC |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| DENNIS RAY MULLIGAN, | |
| Defendant. | |

WHEREAS, in the Information filed in this case, the United States sought forfeiture of all properties seized from Defendant DENNIS RAY MULLIGAN ("Defendant), pursuant to 21 U.S.C. § 853, as property constituting or derived from proceeds of the offense and forfeiture of all property used or intended to be used to commit or to facilitate the commission of the offense of 21 U.S.C. § 841(a)(1), as charged in the Information; and

WHEREAS, on January 8, 2018, the Court accepted Defendant's Guilty plea to the Information, and pursuant to the terms of the Plea Agreement and Forfeiture Addendum, Defendant consented to the forfeiture of all right, title and interest of all properties seized from him in connection with this case, including but not limited to, a Taurus PT111 Millennium Pro Pistol CAL:9, Serial No. TYA57736, approximately nine (9) rounds of Winchester-Western Ammunition, and a Black Yamaha 600R Motorcycle, CA License Plate No. 20V6792, pursuant to 21 U.S.C. § 853, as properties involved in the violation of 21 U.S.C. § 841(a)(1), as charged in the Information; and

| | |
|---|---|
| 1 | WHEREAS, on or about February 12, 2018, the Taurus PT111 Millennium Pro Pistol CAL:9, Serial No. TYA57736 and approximately nine (9) rounds of Winchester-Western Ammunition were administratively forfeited as properties involved in the commission of the offense pursuant to 21 U.S.C. § 853 by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and notice of the same was sent to Defendant, published to all the world, and no one filed a claim or otherwise contested the administrative forfeiture proceedings; and |

WHEREAS, on or about February 12, 2018, the Taurus PT111 Millennium Pro Pistol CAL:9, Serial No. TYA57736 and approximately nine (9) rounds of Winchester-Western Ammunition were administratively forfeited as properties involved in the commission of the offense pursuant to 21 U.S.C. § 853 by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and notice of the same was sent to Defendant, published to all the world, and no one filed a claim or otherwise contested the administrative forfeiture proceedings; and

WHEREAS, the approximately $1,851.00 in U.S. Currency was returned to Defendant prior to the filing of the Information; and

WHEREAS, on or about February 14, 2018, forfeiture proceedings as to the Black Yamaha 600R Motorcycle, CA License Plate No. 20V6792 was discontinued and the motorcycle was remitted back to the legal registered owner.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The completed administrative forfeitures of the Taurus PT111 Millennium Pro Pistol CAL:9, Serial No. TYA57736 and approximately nine (9) rounds of Winchester-Western Ammunition are hereby reaffirmed and accordingly, no ancillary proceedings or further action is required.

Dated: April 16, 2018

Hon. Gonzalo P. Curiel
United States District Judge